AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Patricia Kane, Wendy Braithwaite, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-cv-6505 (RJS) |
| New York State Nurses Association, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants

Date: 09/20/2011

*Attorney's signature*

Denis P. Duffey Jr. (DD 9812)
*Printed name and bar number*

Spivak Lipton LLP
1700 Broadway, Suite 2100
New York, NY 10019

*Address*

dduffey@spivaklipton.com
*E-mail address*

(212) 765-2100
*Telephone number*

(212) 765-8954
*FAX number*