UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-11

PATRICIA KANE, WENDY BRAITHWAITE, and MAUREEN EISELE,

          Plaintiffs,

-v-

NEW YORK STATE NURSES ASSOCIATION, TINA GERARDI, KAREN BALLARD, J. HOWARD DOUGHTY, EILEEN DUNN, MARY FINNIN, MIMI GONZALEZ, WINIFRED KENNEDY, ELIZABETH MAHONEY, and JOSÉ PLANILLO

          Defendants.

No. 11 Civ. 6505 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On September 19, 2011, Plaintiffs moved, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a temporary restraining order and preliminary injunction enjoining Defendants from proceeding with a vote on a proposed amendment to the bylaws of Defendant New York State Nurses Association ("NYSNA") that would restrict the ability of members to serve in more than "one elective position in NYSNA at any one time." By Order dated September 19, 2011, the Court ordered Defendants to show cause why a preliminary injunction should not be issued granting Plaintiffs the relief they seek. After receiving submissions from the parties, the Court held a hearing on this matter on September 23, 2011. For the reasons stated

on the record at the hearing. Plaintiffs' request for a preliminary injunction is denied.

SO ORDERED.

Dated:   September 23, 2011
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE